ACCEPTED
12-14-00263-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/22/2015 2:36:31 PM
Pam Estes
CLERK

## COURT OF APPEALS NO. 12-14-00263-CR
### (TRIAL COURT CAUSE NO. C-20,818)

| | | |
|---|---|---|
| **JEFFREY ARLEN QUINN,**<br>**APPELLANT** | )( | **IN THE TWELFTH COURT** |
| **VS.** | )( | **OF APPEALS** |
| **THE STATE OF TEXAS,**<br>**APPELLEE** | )( | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/22/2015 2:36:31 PM
PAM ESTES
Clerk

### MOTION FOR LATE FILING OF APPELLEE'S BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW,** the APPELLEE State of Texas, by and through her Assistant District Attorney, Mark W. Hall, and files this Motion for Late Filing of Appellee's Brief and in support of the same would show the following:

1. This case is on appeal from the 3rd Judicial District Court of Henderson County, Texas.

2. The style and number of the case in the Trial Court is *The State of Texas vs. Jeffrey Arlen Quinn,* Cause Number C-20,818.

3. Appellee's brief was due on August 14, 2015, and Appellee had requested two prior extensions to file his brief. Due to trial preparations in another case, Counsel was unable to submit his brief on that date.

4. The Appellee's brief is being filed concurrently with this Motion.

5. Based on the aforesaid, counsel for Appellee requests this Court allow the filing of Appellee's brief.

6. The undersigned is not seeking this extension for the purposes of delay.

WHEREFORE, Appellee requests that the Court grant this Motion and extend the deadline for filing its to brief August 25, 2015.

Respectfully Submitted,

Mark W. Hall
Assistant District Attorney
109 W. Corsicana
Athens, Texas 75751
Bar. No. 00798337
Phone: 903-675-6100
Fax: 903-675-6196

## CERTIFICATE OF SERVICE

I, Mark W. Hall, do certify that a true and correct copy of the foregoing Motion was delivered to Appellant's Attorney, Mr. John Youngblood on this the 25th day of August, 2015, via email.

Mark W. Hall

**STATE OF TEXAS**          *

**COUNTY OF HENDERSON**     *

## AFFIDAVIT

Before me, the undersigned notary, on this day, personally appeared Mark W. Hall, who being sworn by me, deposed and stated:

"My name is Mark W. Hall. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true.

I am the attorney for the Appellee in Jeffrey Arlen Quinn vs. The State of Texas in Court of Appeals Cause No. 12-14-00263-CR. I have read the foregoing Motion For Late Filing of Appellant's Brief and it is true and correct.

Mark W. Hall

Subscribed and sworn to before me this 25th day of August, 2015.

DEANNA BROWNING
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 08-11-2019

Notary Public-State of Texas